**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 19-1595**

---

In re:  RAYMOND EDWARD CHESTNUT,

　　　　　　　　Petitioner.

---

On Petition for Writ of Mandamus.  (5:19-hc-02068-FL)

---

Submitted:  September 12, 2019　　　　　　　　Decided:  September 20, 2019

---

Before WYNN and THACKER, Circuit Judges, and SHEDD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Raymond Edward Chestnut, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Edward Chestnut petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 (2012) petition. He seeks an order from this court directing the district court to act. We find the present record does not reveal undue delay in the district court. Accordingly, we grant leave to proceed in forma pauperis and deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*